USCA1 Opinion

 

 July 23, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1265 ANTHONY KACHIKWU, Plaintiff, Appellant, v. CHARLES T. GRIGSBY, ET AL., Defendants, Appellees. ___________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. George A. O'Toole, Jr., U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Anthony Kachikwu on brief pro se. ________________ Merita A. Hopkins, Corporation Counsel, and Dawna McIntyre, ___________________ _______________ Assistant Corporation Counsel, City of Boston Law Department, on brief for appellees. ____________________ ____________________ Per Curiam. Upon careful review of the record and __________ the parties' briefs, we conclude that summary judgment for the defendant was proper for the reasons stated by the district court. We add only the following comments. Defendant's discovery responses do not suggest to us any grounds for reversing the judgment here. We cannot consider the judgment entered in another action against other defendants, as that matter is not before us now. We know of no basis for plaintiff's request that this case be transferred to state court.  Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-